UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:09-CV-2088-G (BH) |
| MANHEIM'S DALLAS AUTO | ) | |
| AUCTION, | ) | **ECF** |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation, this action will proceed only on plaintiff's discrimination and retaliation claims. By

separate order, the court will formally **DISMISS** with prejudice plaintiff's claim under 42 U.S.C. § 1983 and order that the defendant be served.

    **SO ORDERED**.

January 4, 2010.

                                                                         _____
                                                                         **A. JOE FISH**
                                                                         **Senior United States District Judge**